AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2022

SEAN F. McAVOY, CLERK

MARC F.,

*Plaintiff*

v.

KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 1:21-CV-3108-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand, ECF No. 18, is GRANTED. The above-captioned case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff's Motion for Summary Judgment, ECF No. 16, is STRICKEN AS MOOT. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge James A. Goeke on a stipulated motion for remand.

Date: May 27, 2022

CLERK OF COURT

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard